## OCEAN INNOVATIONS, INC. (Formerly Known As Jet Dock Licensing, Inc.) And Jet Dock Systems, Inc., Plaintiffs–Cross Appellants,

v.

## GULF COAST FLOATING DOCKS, INC., and Richard Hill (Doing Business as Eco–Dock), Defendants,

and

## Diversified Wholesale Marine, Inc. (Doing Business as Sailorman), Defendant,

and

Era Marine Products, Inc., Versadock, Roy Ahern, and George Dabrowski (Doing Business as Pic Marine), Defendants–Appellants.

Ocean Innovations, Inc. (Formerly Known as Jet Dock Licensing, Inc.) and Jet Dock Systems, Inc., Plaintiffs–Cross Appellants,

v.

Gulf Coast Floating Docks, Inc., and Richard Hill (Doing Business as Eco–Dock), Defendants,

and

Diversified Wholesale Marine, Inc. (Doing Business as Sailorman), Defendant–Appellant,

and

Era Marine Products, Inc., Versadock, Roy Ahern, and George Dabrowski (Doing Business as Pic Marine), Defendants.

Nos. 2011–1582, 2011–1614, 2011–1634, 2011–1548, 2011–1564.

United States Court of Appeals, Federal Circuit.

Feb. 1, 2012.

### ORDER

Ocean Innovations, Inc., Jet Dock Systems, Inc. and Diversified Wholesale Marine, Inc. move to voluntarily dismiss their appeal 2011–1548 and their cross-appeal 2011–1564.

Upon consideration thereof,

It is Ordered that:

(1) The motion to dismiss 2011–1548 and 2011–1564 is granted. The revised official caption in 2011–1582, –1614, –1634 is reflected above. The appellants' opening brief in 2011–1582, –1614, –1634 is due on March 16, 2012.

(2) Each side shall bear its own costs in 2011–1548 and 2011–1564.

(2) All other pending motions are moot.